1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOEL HOLLEY,

11              Plaintiff,              No. CIV S-10-0615 MCE EFB P

12        vs.

13   GARY SWARTHOUT, et al.,

14              Defendants.            ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On September 1, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days from the

22   date the findings and recommendations were served.  Defendants have filed objections to the

23   findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   304, this Court has conducted a de novo review of this case.

26   ////

1

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

The Court notes for the record that, while Defendants appear, via their objections to the magistrate judge's findings and recommendations, to have attempted to rectify their failure to address whether Plaintiff's first appeal was sufficient to exhaust his administrative remedies as to all of his claims, the Court declines to address those belated arguments until they have been properly briefed before the magistrate judge in the first instance.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2011 (ECF No. 48), are ADOPTED in full; and

2. Defendants' January 24, 2011 motion to dismiss is DENIED without prejudice.

Dated:  September 28, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE