1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL HOLLEY,** | Case No. 2:10-cv-00615 TLN EFB |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| **v.** | |
| **GARY SWARTHOUT, et al.,** | |
| Defendants. | |

For good cause shown, the parties' request to set the case for settlement conference is granted. The Court will issue a further order setting the date, time, and location for a settlement conference. In addition, to accommodate the settlement conference, the dispositive motion deadline currently set for June 26, 2013, is stayed. Any further deadline will be set by further order of the Court, if necessary.

Dated: May 10, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE