1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOEL HOLLEY,

11                Plaintiff,                    No. 2:10-cv-0615 TLN EFB P

12        vs.

13   GARY SWARTHOUT, et al.,

14                Defendants.              ORDER

15   _____/

16        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983.  This case

17   will be referred to Magistrate Judge Dale A. Drozd to conduct a settlement conference on July

18   18, 2013, at 10:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, California 95814 in

19   Courtroom #27.

20        A separate order and writ of habeas corpus ad testificandum will issue with this order.

21        In accordance with the above, IT IS HEREBY ORDERED that:

22        1.  This case is set for a settlement conference before Magistrate Judge Dale A. Drozd on

23   July 18, 2013, at 10:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, California in

24   Courtroom #27.

25        2.  Defendants' lead counsel shall attend in person.  Those in attendance must be

26   prepared to discuss the claims, defenses and damages.

3.  Each party SHALL provide a confidential settlement conference statement to the following email address: dadorders@caed.uscourts.gov so they arrive **no later than July 8, 2013**.  Plaintiff shall mail his confidential settlement conference statement to Sujean Park, ADR Coordinator, 501 I Street, Suite 4-200, Sacramento, California 95814, so it **arrives no later than July 8, 2013.  Parties are to file a Notice of Submission of Confidential Settlement Conference Statement** (See L.R. 270(d)).

Settlement statements **should not be filed** with the Clerk of the Court nor served on any other party.  Settlement statements shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently thereon.  The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

1.  A brief statement of the facts of the case.

2.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

3.  A summary of the proceedings to date.

4.  A specific dollar estimate of the cost, and time, to be expended for further discovery, pretrial, and trial.

5.  The relief sought.

6.  The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

7.  A brief statement of each party's expectations and goals for the settlement conference.

DATED:  May 13, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE