## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JOEL HOLLEY,　　　　　　　　　　　　　　No. 2:10-cv-0615 TLN EFB P

　　　　Plaintiff,

　vs.

GARY SWARTHOUT, et al.,
　　　　　　　　　　　　　　　　　　　**ORDER & WRIT OF HABEAS CORPUS**
　　　　Defendants.　　　　　　　　　　**AD TESTIFICANDUM**

　　　　Joel Holley, CDCR # B-77761, a necessary and material witness in proceedings in this case on July 18, 2013, is confined in Deuel Vocational Institution (DVI), 23500 Kasson Road, Tracy, California 95376, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd at the U. S. District Court, 501 I Street, Sacramento, California 95814, on Thursday, July 18, 2013 at 10:00 a.m. in Courtroom #27.

　　　　ACCORDINGLY, IT IS ORDERED that:

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Dale A. Drozd; and

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, DVI, P. O. Box 400, Tracy, California 95378:**

　　　　**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 13, 2013.

　　　　　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE