1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  JON S. ALLIN, State Bar No. 155069
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-3798
6   Fax: (916) 324-5205
    E-mail: Jon.Allin@doj.ca.gov
7  *Attorneys for Defendants Swarthout, Sisto, Fox,*
   *Kesterson, Roger, and Torres*
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                           SACRAMENTO DIVISION
11

12

| | |
|---|---|
| 13  **JOEL HOLLEY,** | 2:10-cv-00615-TLN-EFB |
| 14                    Plaintiff, | **STIPULATION AND ORDER FOR** |
| | **VOLUNTARY DISMISSAL WITH** |
| 15          **v.** | **PREJUDICE** |
| | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| 16 | |
| **GARY SWARTHOUT, et al.,** | |
| 17 | |
| | |
|                     Defendants. | |
| 18 | |

19

20

21

22

23

24

25

26  / / /

27  / / /

28  / / /

                                    1

1    Plaintiff Joel Holley and Defendants Swarthout, Sisto, Fox, Kesterson, Roger, and Torres

2    have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action

3    with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties further stipulate

4    that the Court and Magistrate Judge Dale A. Drozd shall retain jurisdiction to enforce the

5    settlement agreement until the settlement funds have been paid, at which time the Court will no

6    longer retain jurisdiction.

7         Each party shall bear its own litigation costs and attorney's fees.

8         It is so stipulated.

9

10   Dated:    July 19, 2013

/s/ Geoffrey Holtz
(as authorized on 7/19/2013)

11
Geoffrey Holtz
Bingham McCutchen LLP

12
*Attorney for Plaintiff Joel Holley*

13

14   Dated:    July 19, 2013                /s/ Jon S. Allin

Jon S. Allin
Deputy Attorney General

15
California Attorney General's Office
*Attorney for Defendants Swarthout, Sisto, Fox,*

16
*Kesterson, Roger, and Torres*

17

18

19        In accordance with the parties' stipulation, this action is dismissed with prejudice.  The

20   Court and Magistrate Judge Dale A. Drozd shall retain jurisdiction to enforce the settlement

21   agreement until the settlement funds have been paid, at which time the Court will no longer retain

22   jurisdiction.  The Clerk of the Court shall close the file.  **IT IS SO ORDERED**.

23

24   Dated:         July 30, 2013

25

26   Troy L. Nunley
United States District Judge

27

28

2

Stipulation and Order for Voluntary Dismissal with Prejudice  (2:10-cv-00615-TLN-EFB)